UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DANNY RAY HATFIELD, ) ) Plaintiff ) ) vs. ) ) JAMES ANTHONY JENNINGS, JR., ) ) Defendant ) | Case No. 4:10-cv-00792-WMA-HGD |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 27, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. No objections were filed by the plaintiff.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DATED this 23rd day of June, 2011.

                                              _____
                                              **WILLIAM M. ACKER, JR.**
                                              **UNITED STATES DISTRICT JUDGE**